# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CAROL ANN CARTER, MONICA
PARRILLA, REBECCA POYOUROW,
WILLIAM TUNG, ROSEANNE MILAZZO,
BURT SIEGEL, SUSAN CASSANELLI, LEE
CASSANELLI, LYNN WACHMAN, MICHAEL
GUTTMAN, MAYA FONKEU, BRADY HILL,
MARY ELLEN BALCHUNIS, TOM DEWALL,
STEPHANIE MCNULTY AND JANET
TEMIN

              v.

LEIGH M. CHAPMAN, IN HER OFFICIAL
CAPACITY AS THE ACTING SECRETARY
OF THE COMMONWEALTH OF
PENNSYLVANIA; JESSICA MATHIS, IN
HER OFFICIAL CAPACITY AS DIRECTOR
FOR THE PENNSYLVANIA BUREAU OF
ELECTION SERVICES AND NOTARIES

APPEAL OF:  KHALIF ALI, MARYN
FORMLEY, RICHARD RAFFERTY,
PATRICK BEATY, SUSAN GOBRESKI,
BARBARA HILL, JUDY HINES, JODI
GREENE, JOHN THOMPSON, CYNTHIA
ALVARADO, AND TIMOTHY L.
KAUFFMAN, POSSIBLE INTERVENORS

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 5 MAP 2022

Appeal from the Order of the
Commonwealth Court at No. 464
MD 2021 dated January 14, 2022

PHILIP T. GRESSMAN; RON Y. DONAGI;
KRISTOPHER R. TAPP; PAMELA GORKIN;
DAVID P. MARSH; JAMES L.
ROSENBERGER; AMY MYERS; EUGENE
BOMAN; GARY GORDON; LIZ MCMAHON;
TIMOTHY G. FEEMAN; AND GARTH ISAAK

              v.

:
:
:
:
:
:
:
:
:
:

No. 6 MAP 2022

Appeal from the Order of the
Commonwealth Court at No. 465
MD 2021 dated January 14, 2022

LEIGH M. CHAPMAN, IN HER OFFICIAL
CAPACITY AS THE ACTING SECRETARY
OF THE COMMONWEALTH OF
PENNSYLVANIA; JESSICA MATHIS, IN
HER OFFICIAL CAPACITY AS DIRECTOR
FOR THE PENNSYLVANIA BUREAU OF
ELECTION SERVICES AND NOTARIES

APPEAL OF:  KHALIF ALI, MARYN
FORMLEY, RICHARD RAFFERTY,
PATRICK BEATY, SUSAN GOBRESKI,
BARBARA HILL, JUDY HINES, JODI
GREENE, JOHN THOMPSON, CYNTHIA
ALVARADO, AND TIMOTHY L.
KAUFFMAN, POSSIBLE INTERVENORS

## ORDER

**PER CURIAM**                                **DECIDED:  January 26, 2022**

   **AND NOW**, this 26th day of January, 2022, the order of the Commonwealth Court

is **AFFIRMED**.